1
2
3
4
5
6

FILED
CLERK U.S. DISTRICT COURT

JAN - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

7
8
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )    Case No.: CR 06-975-CAS
11                      Plaintiff,    )
12        vs.                         )
                                      )    ORDER OF DETENTION AFTER HEARING
13   RAUL VEGA                        )    [Fed.R.Crim.P. 32.1(a)(6);
14                                    )        18 U.S.C. 3143(a)]
                                      )
15                      Defendant.    )
     _____ )

16
17
18        The defendant having been arrested in this District pursuant to
19   a  warrant  issued  by  the  United  States  District  Court  for  the
20   Central District of California _____ for alleged violation(s) of the terms and
21   conditions of his/her [probation] [supervised release]; and
22        The  Court  having  conducted  a  detention  hearing  pursuant  to
23   Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
24        The Court finds that:
25   A.   ☒   The defendant has not met his/her burden of establishing by
26   clear  and  convincing  evidence  that  he/she  is  not  likely  to  flee
27   if released under 18 U.S.C. § 3142(b) or (c).  This finding is
28   based on _____

current changes, lack of ties to community, and bail resources

(and)/or

B.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: prior criminal convictions, and record of/non compliance with court orders, and current allegations

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 1/8/13

_Carla M. Woehrle_

**CARLA M. WOEHRLE**

UNITES STATES MAGISTRATE JUDGE