O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br>RAUL VEGA,<br><br>    Defendant.<br>_____ | CASE NO. CR06-975-CAS<br><br>**\* AMENDED** REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On **\*January 23, 2013**, this matter came before the Court on Petition On Probation and Supervised Release filed on December 14, 2012. Government counsel, Daffodil Tyminski, the defendant and his appointed Deputy Federal Public Defender, Liliana Coranado, were present. The U.S. Probation Officer, Kristie Rzonca, is present. The defendant admits violation of his supervised release as stated in allegations 1, 2, and 3 of the Petition filed on December 14, 2012.

The Court further finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of May 14, 2007. The defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a period of ten (10) months. Upon release from imprisonment, defendant shall be placed on supervised release for a term of eighteen (18) months, under the same terms and conditions as previously imposed.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: January 31, 2013

*Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK


By: __/S/_____
　　Catherine M. Jeang, Deputy Clerk

cc:　U.S. Probation
　　　U.S. Marshal