O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                    )<br>         Plaintiff,    )<br>   v.               )<br>                    )<br>RAUL VEGA,             )<br>                    )<br>         Defendant.    )<br>_____ ) | CASE NO. CR06-975-CAS<br><br>REVOCATION OF SUPERVISED<br>RELEASE AND JUDGMENT |

  On November 3, 2014, this matter came before the Court on Petition On Probation and Supervised Release filed on October 15, 2014. Government counsel, Stephen Wolf, the defendant and his appointed Deputy Federal Public Defender, Liliana Coranado, were present. The U.S. Probation Officer, Calvin Daniels, is present. The defendant admits violation of his supervised release as stated in the Petition filed on October 15, 2014.

  The Court further finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgments and Probation/Commitment Order of May 14, 2007, October 19, 2011 and January 23, 2013. The defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a period of four (4) months, with no supervision to follow. It is ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, November 10, 2014. In the absence of such designation, the defendant shall

report on or before the same date and time, to the United States Marshal located at: Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: November 4, 2014

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: __/S/_____
Catherine M. Jeang, Deputy Clerk

cc:   U.S. Probation
      U.S. Marshal